UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

May 16, 2006

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. JOHN L. COFFEY, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 03-3775

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division |
| *v.* | No. 02 CR 907 |
| PEDRO LAGUNAS-DELGADO, *Defendant-Appellant.* | Harry D. Leinenweber, *Judge.* |

**O R D E R**

The district court sentenced Pedro Lagunas-Delgado to 70 months' imprisonment and three years' supervised release for being present in the United States after being convicted of an aggravated felony. On limited remand under *United States v. Paladino*, 401 F.3d 471 (7th Cir. 2005), the district judge stated that even if he had known that the Sentencing Guidelines were advisory and not mandatory, *United States v. Booker*, 543 U.S. 220 (2005), he would have imposed the same sentence (which was at the low end of the guideline range). We have invited both parties to respond to the district court's statement, but only the government has done so. Mr. Lagunas-Delgado has therefore shown no reason why the sentence, which is presumed reasonable under *United States v. Mykytiuk*, 415 F.3d 606 (7th Cir. 2005), should not stand, and our own review shows none.

AFFIRMED.